No. 63317.—Frank H. Lee Co. and R. F. Downing & Co., Inc., et al. *v.* United States, protests 317552–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of straw hats similar in all material respects to those the subject of *Pollak Industrial Corp. et al.* v. *United States* (40 Cust. Ct. 251, C.D. 1991), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, AUGUST 27, 1959

No. 63318.—J. E. Bernard & Company, Inc., et al. *v.* United States, protests 300267–K/8642, etc. (Chicago).

Opinion by LAWRENCE, J. In accordance with oral stipulation of counsel that the merchandise consists of copper rods similar in all material respects to those the subject of *H. J. Van Der Ryn, Inc., et al.* v. *United States* (40 Cust. Ct. 90, C.D. 1964), the claim of the plaintiffs was sustained.

No. 63319.—Gallagher & Ascher Company *v.* United States, protest 297874–K/8495 (Chicago).

Opinion by LAWRENCE, J. In accordance with oral stipulation of counsel that the merchandise in question is the same in all material respects as the articles involved in Abstract 61736, the claim of the plaintiff was sustained.